IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Mid-Continent Casualty Company, Individually and on behalf of PH Group, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>MoLo Solutions, LLC and ArBest Corporation,<br><br>        Defendants. | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE**<br><br><br><br><br><br>Case No. 1:25-cv-020 |

**IT IS ORDERED**:

A mid-discovery status conference will be held on July 25, 2025, at 9:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 20th day of March, 2025.

                                                              */s/ Clare R. Hochhalter*
                                                              Clare R. Hochhalter, Magistrate Judge
                                                              United States District Court